UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:13-cr-00012-JMS-DML |
| TODD BOLYARD (01), | ) ) ) |
| Defendant. | ) |

ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Debra McVicker Lynch's Report and Recommendation [dkt. 58] that Todd Bolyard's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court **APPROVES and ADOPTS** Magistrate Judge Lynch's Report and Recommendation [dkt. 58]. The Court finds that Mr. Bolyard committed Violation Numbers 6 and 7, as alleged by the U. S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* [dkt. 46]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Todd Bolyard is sentenced to the custody of the Attorney General or his designee for a period of twelve (12) months imprisonment with lifetime supervision to follow. Mr. Bolyard's existing conditions of supervised release, as originally ordered in the Judgment of November 11, 2013 [dkt. 27], are re-imposed, including residing at a Residential Reentry Center for a period of six (6) months and following the rules of the RRC. The Court further recommends placement at FCI Ashland or USP Marion.

So ORDERED.

Date: August 10, 2016

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal